IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PRUETTE and STEVEN PRUETTE, t/a INSEARCH PARTNERS, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 18-3734 |
| EGAN-JONES RATINGS COMPANY | : : | |
| Defendants. | | |

## ORDER

**AND NOW**, this 9th day of May, 2024, upon review of Plaintiffs' Motion for Summary Judgment, Memorandum of Law and all exhibits attached thereto, and Defendant's opposition, as well as all replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment (Docket No. 60) is **GRANTED** in part and **DENIED** in part;

2. Plaintiffs' Motion is **GRANTED** to the extent it seeks payment for unpaid commissions and interest, as well as unpaid commissions from 2012-2014 Broadridge sales;

3. Plaintiffs' Motion is **DENIED** to the extent it seeks payment for lost future commissions;

4. Plaintiffs are hereby awarded the amount of $1,391,541.54 as the total amount of unpaid 2015-2022 commissions plus interest;

5. Plaintiffs are also hereby awarded unpaid commissions plus interest from January 1, 2023, to the date of this order;

6.  Plaintiffs are also hereby awarded the amount of $160,678.17 as the total amount of 2012-2014 Broadridge based sales commissions that were previously concealed from Plaintiffs plus interest;

7. Plaintiffs shall inform the Court within fourteen days if they intend to proceed with their damages claim for lost future commissions. If they do intend to pursue these amounts, expert testimony must be provided; and

8. Defendant shall inform the Court within fourteen days if it intends to proceed with its counterclaim against Plaintiffs in light of the Court's opinion in this matter.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.